# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| CHELSEA MICHELLE PACE, | ) | Case No. 18-56974-mlo |
| Debtor(s) | ) | |
| | ) | BANKRUPTCY JUDGE |
| | ) | MARIA L OXHOLM |

### REQUEST OF PRA RECEIVABLES MANAGEMENT, LLC
### FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)

PLEASE TAKE NOTICE that PRA Receivables Management, LLC, as authorized agent for Synchrony Bank (TJX Rewards®MasterCard® [Last four digit of account:2643]), a creditor in the above-captioned chapter 7 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

    Synchrony Bank
    c/o PRA Receivables Management, LLC
    PO Box 41021
    Norfolk, VA 23541
    Telephone: (877)885-5919
    Facsimile: (757) 351-3257
    E-mail: claims@recoverycorp.com

Dated: Norfolk, Virginia
December 20, 2018

                        By: /s/ Valerie Smith

                        Valerie Smith
                        c/o PRA Receivables Management, LLC
                        Senior Manager
                        PO Box 41021
                        Norfolk, VA 23541
                        (877)885-5919

Assignee Creditor: TJX Rewards®MasterCard® [Last four digit of account:2643]